1050

No. 86–1547. PARKS *v.* MICHIGAN EMPLOYMENT SECURITY COMMISSION ET AL. Sup. Ct. Mich. Certiorari denied. ▮

No. 86–1549. CONSUL, LTD. *v.* TRANSCO ENERGY CO., FKA TRANSCO COS., INC., ET AL. C. A. 4th Cir. Certiorari denied.

No. 86–1551. PEREZ DE LA CRUZ ET AL. *v.* CROWLEY TOWING & TRANSPORTATION CO. C. A. 1st Cir. Certiorari denied. ▮

No. 86–1554. SMITH *v.* TEXAS. Ct. App. Tex., 1st Dist. Certiorari denied.

No. 86–1556. UNITED AMERICAN TELECASTERS, INC. *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL.; and

No. 86–1561. BETHEL BROADCASTING, INC. *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL. C. A. D. C. Cir. Certiorari denied. Reported below: 255 U. S. App. D. C. 397, 801 F. 2d 1436.

No. 86–1557. DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS *v.* COOPER. C. A. 11th Cir. Certiorari denied.

No. 86–1560. SHERIDAN ROAD BAPTIST CHURCH ET AL. *v.* MICHIGAN DEPARTMENT OF EDUCATION ET AL. Sup. Ct. Mich. Certiorari denied.

No. 86–1563. GNIOTEK ET AL. *v.* CITY OF PHILADELPHIA ET AL. C. A. 3d Cir. Certiorari denied.

No. 86–1564. SPENCER COUNTY CLERK ET AL. *v.* B & M COAL CORP. ET AL. Sup. Ct. Ind. Certiorari denied. ▮

No. 86–1568. ROMAIN *v.* SHEAR, ADMINISTRATOR OF THE DEPARTMENT OF TRANSPORTATION, MARITIME ADMINISTRATION. C. A. 9th Cir. Certiorari denied.

No. 86–1571. RALPHS ET UX. *v.* PARA ET AL. Ct. App. Wash. Certiorari denied.